FILED

01/13/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0398

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0398

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JASON DANIEL SHEWALTER,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 17, 2025, within which to prepare, file, and serve its response brief.

**BF**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2025